IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STACY LINDSAY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

17-cv-123-wmc

REPUBLICAN NATIONAL COMMITTEE, et al.,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as nonjusticiable.

| /s/ | 10/2/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |